IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,                                   CIV. NO. S-10-1046 LKK GGH

    vs.

CLARITA RAFAEL,

    Defendant.                                ORDER

_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on October 7, 2010. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(h).

        Accordingly, IT IS ORDERED that:

        1. The October 7, 2010 hearing on the motion for default judgment, filed August 26, 2010, is vacated; and

        2. The motion is submitted on the record.

DATED: September 30, 2010

                                    /s/ Gregory G. Hollows
                                    U. S. MAGISTRATE JUDGE

GGH:076:J&JSports1046.vac.wpd